EDMUND G. BROWN JR.
Attorney General of the State of California
DANE GILLETTE
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
STEPHEN G. HERNDON
Supervising Deputy Attorney General
BRIAN G. SMILEY
Supervising Deputy Attorney General
ALISON ELLE ALEMÁN
State Bar No. 180658
 1300 I Street
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5286
 Fax: (916) 324-2960
 Email: Alison.Aleman@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH TRAMAGLINO,**<br><br>               Petitioner,<br>v.<br>**MR. YATES, et al.,**<br><br>               Respondents. | CIV-S-07-0511 WBS KJM P<br><br>**ORDER** |

Respondent has filed a request to modify the briefing schedule.

1. GOOD CAUSE APPEARING, it is hereby ordered that Respondent's request is hereby granted.

2. The scheduling order is hereby modified for Respondent to file the response within two days from the date of this order.

DATED: October 2, 2007.

_____
U.S. MAGISTRATE JUDGE