IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH TRAMAGLINO,

    Petitioner,                     No. CIV-S-07-0511 WBS KJM P

   vs.

MR. YATES, et al.,

    Respondents.                FINDINGS AND RECOMMENDATIONS

                                /

        Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner challenges a 2005 Placer County conviction for possession of a controlled substance. He asserts: (1) evidence obtained from a "black pouch" was admitted at trial in violation of the Fourth Amendment; and (2) his sentence of twenty-five-years-to-life imprisonment violates the Eighth Amendment.

        Respondents have filed a motion asking that this matter be dismissed for plaintiff's failure to exhaust state court remedies with respect to his claims. After reviewing the court's file, it appears petitioner did exhaust state court remedies with respect to his two claims. See Traverse at 12-53; Pet., Ex. 4. Therefore, the court will recommend that respondents' motion to dismiss be denied and respondents file their answer within sixty days.

/////

Accordingly, IT IS HEREBY RECOMMENDED that:

1. Respondents' motion to dismiss (docket #25) be denied; and

2. Respondents be directed to file their answer within sixty days.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within ten days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 3, 2008.

_____
U.S. MAGISTRATE JUDGE

1
tram0511.157