EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
STEPHEN G. HERNDON
Supervising Deputy Attorney General
BRIAN G. SMILEY
Supervising Deputy Attorney General
ALISON ELLE ALEMAN
Deputy Attorney General
State Bar No. 117566
  1300 I Street
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5164
  Fax: (916) 324-2960
  Email: Alison.Aleman@doj.ca.gov
Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH TRAMAGLINO,** | CIV-S-07-0511 WBS KJM P |
| Petitioner, | |
| v. | |
| **MICHAEL A. EVANS, Warden, et al.,** | |
| Respondents. | |

Respondents have filed a request to modify the briefing schedule.

1. GOOD CAUSE APPEARING, it is hereby ordered that Respondents' request (docket no. 29) is hereby granted.

2. The scheduling order is hereby modified for Respondents to file a response to the petition for writ of habeas corpus within thirty (30) days from the date of this order.

DATED: October 10, 2008.

_____
U.S. MAGISTRATE JUDGE